Epic Systems Corporation, et. al., Plaintiff(s)
vs.
Polaris Management, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 131675-0001

## AFFIDAVIT OF SERVICE -- Corpor[ate]

Service of Process on:
--Polaris Management, Inc., c/o Dr. Albert Puerini,
Court Case No. 3:14-CV-666

QUARLES & BRADY
Emmi Schreiner
33 E. Main St., Ste. 900
Madison, WI 53703

State of: **R.I.** } ss.
County of: **Providence**

Name of Server: **Harold Ouimette**, undersigned, being duly sworn deposes and says:
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **17** day of **October**, 20**14**, at **3:19** o'clock **P** M

Place of Service: at **1150 New London Avenue**, in **Cranston, RI 02920**

Documents Served: the undersigned served the documents described as:
Summons; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Magistrate Judge Consent Form; Order on Dispositive Motions; Order re Assignment of Cases; Corporate Disclosure Statement

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Polaris Management, Inc., c/o Dr. Albert Puerini, Jr.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Lisa Refused to Give last Name**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Bro**; Facial Hair **N**
Approx. Age **31**; Approx. Height **5'4"**; Approx. Weight **120**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   **17th** day of **October**, 2014

**Harold Ouimette**
**Constable #6129**

Signature of Server

Notary Public   (Commission Expires)
**11/26/2014**

Case: 3:14-cv-00666-slc   Document #: 2   Filed: 09/30/14   Page 1 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| EPIC SYSTEMS CORPORATION<br><br>*Plaintiff*<br>v.<br>POLARIS MANAGEMENT, INC.<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 14-666<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Polaris Management, Inc.
c/o Dr. Albert Puerini, Jr. (Registered Agent)
1150 New London Avenue
Cranston, RI 02920

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony A. Tomaselli
Quarles & Brady LLP
33 East Main Street, Suite 900
Madison, WI 53703

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date:   9/30/2014                                                                                      s/ J. Titak
                                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 14-666

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
Polaris Management, Inc. on *(date)* 10/17/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Served Under Rule 4 of Rhode Island Gen law of Civil Procedure.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/17/14
3:19PM
/s SA Refused to Give Her last Name

*Server's signature*

HAROLD W. OUIMETTE
R.I. *Printed name and title*

24 Guilford Pr.
*Server's address* WARWICK RI 02886

Additional information regarding attempted service, etc: