NOTICE TO COUNSEL:

      To enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, counsel for a private (non-governmental) business, company, or corporation shall submit at the time of initial pleading this statement of corporate affiliations and financial interest.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EPIC SYSTEMS CORPORATION

v.

POLARIS MANAGEMENT, INC.

Case No. 14-CV-666

DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTEREST

I, the undersigned counsel of record for Epic Systems Corporation, make the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation?

   ☐ YES    ☒ NO

   If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

   _____

2. Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

   ☐ YES    ☒ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party:

   _____

/s/ Stacy A. Alexejun                          10/27/2014
_____                  _____
Signature of Counsel                           Date

4/19/11