IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| EPIC SYSTEMS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>POLARIS MANAGEMENT, INC.,<br><br>Defendant. | § § § § § § § § § § § § | Case No. 14-CV-666 |

**PLAINTIFF EPIC SYSTEMS CORPORATION'S MOTION TO SEAL THE SUPPLEMENTAL DECLARATION OF STACY A. ALEXEJUN IN SUPPORT OF PLAINTIFF EPIC SYSTEMS CORPORATION'S MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Plaintiff Epic Systems Corporation ("Epic"), by its attorneys, Quarles & Brady LLP, hereby moves to seal the Supplemental Declaration of Stacy A. Alexejun filed in support of Epic's Motion for Default Judgment and Permanent Injunction. The declaration is in support of Epic's request for an award of attorneys' fees and contains confidential and non-public information about the rates charged and work done by Epic's outside counsel. Epic further moves that the Court order Defendant Polaris Management, Inc. to maintain in confidence and not to disclose the declaration to third parties except attorneys that Defendant Polaris Management, Inc. may retain to defend it in this action.

QB\310265.00236\32342097.1

Dated this 5th day of January, 2014.

*/s/ Stacy A. Alexejun*
Anthony A. Tomaselli
aat@quarles.com
Martha Jahn Snyder
martha.snyder@quarles.com
Stacy A. Alexejun
stacy.alexejun@quarles.com
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, Wisconsin 53703-3095
Tel.: 608.251.5000
Fax: 608.251.9166

***Attorneys for Plaintiff Epic Systems Corporation***

QB\310265.00236\32342097.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2014, I served a copy of the foregoing PLAINTIFF EPIC SYSTEMS CORPORATION'S MOTION TO SEAL THE SUPPLEMENTAL DECLARATION OF STACY A. ALEXEJUN IN SUPPORT OF PLAINTIFF EPIC SYSTEMS CORPORATION'S MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION on Defendant Polaris Management. Inc. by e-mail to Sean T. O'Leary, Esq. at sto@oleary-law.net.

*/s/ Stacy A. Alexejun*
Stacy A. Alexejun