IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EPIC SYSTEMS CORPORATION,

                Plaintiff,                      DEFAULT JUDGMENT

    v.

                                          14-cv-666-jdp

POLARIS MANAGEMENT, INC.,

                Defendant.

---

Defendant Polaris Management, Inc., failed to appear, plead, or otherwise defend in this action, and the clerk of court entered default on December 2, 2014. Plaintiff has moved for default judgment and a permanent injunction against defendant. The court held a hearing on plaintiff's motion on January 6, 2015. On the basis of information provided at the hearing, and on the record of this case, judgment is entered in favor of plaintiff Epic Systems Corporation against defendant Polaris Management, Inc.

Defendant is permanently enjoined:

1. From using the EPICHART mark, or any mark that incorporates the terms MYCHART, EPIC, EPICCARE, EPICENTER, EPICWEB, EPICLINK, EPIC EARTH, or any colorable form thereof, to identify defendant or any of its goods or services, including but not limited to use in connection with the marketing and sale of computer software and accompanying documentation for use in the healthcare industry.

2. From confusing, misleading, or deceiving the public into believing that defendant or any of its goods or services are affiliated with or authorized by plaintiff.

3. From assisting, aiding, abetting, or participating with any other person or entity in engaging in the foregoing prohibited activities.

Plaintiff is awarded its reasonable attorney fees, in the amount of $5,415.50, and the costs of this action, in the amount of $560.43, pursuant to 15 U.S.C. § 1117. The clerk is directed to close this case.

Entered this 6th day of January, 2015.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge